

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-12-00602-CR

Michael Jason **TUCKER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee/s

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-03-0067-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

The State's second motion for extension of time is GRANTED. The State's brief is due February 13, 2014. NO EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court